### 24525. GAVANT v. BERGER, administratrix.

STEPHENS, J. The Court of Appeals has no jurisdiction to review by bill of exceptions a judgment of the appellate division of the municipal court of Atlanta in a case where the amount in controversy is $300 or more, exclusive of interest, attorney's fees, and costs. *Gavant v. Berger,* 182 *Ga.* 277 (185 S. E. 506), answering certified questions propounded in this case.

*Writ of error dismissed. Jenkins, P. J., and Sutton, J., concur.*

DECIDED APRIL 27, 1936.

*Noah J. Slone,* for plaintiff in error. *Albert E. Mayer,* contra.